

## IN THE
## TENTH COURT OF APPEALS

### No. 10-12-00061-CV

**IESI TX CORPORATION,**

**Appellant**

**v.**

**HOGGETT DOZING SERVICES, LLC,**

**Appellee**

**From the 18th District Court
Somervell County, Texas
Trial Court No. C10002**

## MEMORANDUM OPINION

IESI TX Corporation appealed a judgment rendered against it on November 17, 2011. It has now filed an agreed motion to dismiss its appeal stating that the parties have reached a settlement.

Accordingly, this appeal is dismissed. TEX. R. APP. P. 42.1(a).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
　　　Justice Davis, and
　　　Justice Scoggins
Appeal dismissed
Opinion delivered and filed March 21, 2012
[CV06]